JOHN MINSHULL, APPELLANT, v. SHERMAN COUNTY, APPELLEE.

FILED APRIL 17, 1914.   No. 17,619.

Counties: CLAIMS: APPEAL BY TAXPAYER: ATTORNEY'S FEES. A taxpayer, though permitted by law to appeal from the allowance of a claim against the county, cannot, in absence of statutory authority, collect from the county fees paid by him to his attorney for prosecuting such an appeal. Rev. St. 1913, sec. 966.

APPEAL from the district court for Sherman county: BRUNO O. HOSTETLER, JUDGE. Affirmed.

R. J. Nightingale and H. S. Nightingale, for appellant.

J. S. Pedler, contra.

ROSE, J.

Plaintiff alleged in his petition that, as a taxpayer, he appealed from the allowance of two claims against Sherman county, and that he paid his attorney $50 for professional services in successfully prosecuting the appeals. For this sum he demanded judgment against the county. A demurrer to his petition was sustained, and from the dismissal of his action he appealed.

The ruling on the demurrer is right. A statute permits an appeal by a taxpayer from the allowances of a claim against the county, but there is no statute making the county liable for the fees of his attorney in prosecuting such an appeal. Rev. St. 1913, sec. 966. A taxpayer,

though permitted by law to appeal from the allowance of a claim against the county, cannot, in absence of statutory authority, collect from the county fees paid by him to his attorney for prosecuting such an appeal.

AFFIRMED.